UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:14-CR-45 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| HILDA TRUJILLO-ROJAS | ) | |

## **O R D E R**

Defendant Hilda Trujillo Rojas ("Defendant") filed a motion to suppress evidence discovered after an allegedly unlawful arrest and allegedly unlawful search of an automobile (Court File No. 43). The motion was referred to United States Magistrate Judge William B. Mitchell Carter, who held a hearing on September 28, 2014 and subsequently filed a Report and Recommendation ("R&R") concluding that Defendant's motion should be denied (Court File No. 73). Defendant subsequently filed an objection to the Supplemental R&R (Court File No. 74), to which the government filed a response (Court File No. 78).

For the reasons set forth in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 73). Accordingly, Defendant's motion to suppress is **DENIED** (Court File No. 43).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**